# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0514.  WILMER MARTIN III v. THE STATE.**

This appeal was docketed in this Court on November 13, 2015. The pro se appellant's brief, including enumeration of errors, was due to be filed no later than December 3, 2015. Court of Appeals Rules 22 (a) and 23 (a). To date, appellant has not filed a brief and enumeration of errors in this case, and no extension of time for filing has been granted. Accordingly, Case Number A16A0514 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/15/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*